CAUSE NOS. 1524469
1524470
1524471

FILED

2015 DEC 29 AM 11:55

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/29/2015 3:36:36 PM
DEBBIE AUTREY
Clerk

STATE OF TEXAS          §          IN THE 8TH JUDICIAL

§

V.                     §          DISTRICT COURT OF

§

TERRY REECE TANTON      §          HOPKINS COUNTY, TEXAS

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now Terry Reece Tanton, Defendant in the above cause, and would

show the Court that he has been convicted and sentenced in the above cause, and

that he here and now in open Court gives Notice of Appeal to the Sixth Court of

Appeals in Texarkana, Texas.

Respectfully submitted,

BRUCE ANTON
TSB# 01274700
2311 Cedar Springs #250
Dallas, Texas 75201
214/468-8100
214/468-8104 (fax)
ba@sualaw.com
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

On this 28th day of December, 2015, a true and correct copy of the foregoing Notice of Appeal was delivered to the Hopkins County District Attorney's Office, 110 Main Street, Sulphur Springs, Texas 75482.

_____
BRUCE ANTON